**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: K.K.R., A MINOR | : | No. 310 EAL 2017 |
| | : | |
| | : | |
| PETITION OF: S.R., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: S.C.R., A MINOR | : | No. 311 EAL 2017 |
| | : | |
| | : | |
| PETITION OF: S.R., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

AND NOW, this 27th day of July, 2017, the Petition for Allowance of Appeal is

**DENIED**.